ACCEPTED
03-15-00370-CV
7768290
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 2:42:21 PM
JEFFREY D. KYLE
CLERK



# City of Austin
# Law Department

City Hall, 301 West 2nd Street, P.O. Box 1546
Austin, Texas 78767-1546

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 2:42:21 PM
JEFFREY D. KYLE
Clerk

Writer's Direct Line
512-974-2173

Writer's Fax Line
512-974-1311

November 10, 2015

**VIA E-FILING**

Jeffrey D. Kyle, Clerk
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. Box 12547
Austin, Texas 78711-2547

RE:   Court of Appeals Number:    03-15-00370-CV
      Trial Court Case Number:    D-1-GN-12-001211

RE:   Reagan National Advertising of Austin, Inc. d/b/a Regan National Advertising
      v.
      City of Austin Texas; and Marc Ott, being sued in his Official Capacity

Dear Mr. Kyle:

In response to your letter of November 4, 2015, I am writing to let the Court know that I intend to argue this case on December 16, 2015 at 9:00 a.m. before Chief Justice Rose, Justices Pemberton, and Field.

Sincerely,

Patricia L. Link
Assistant City Attorney

C:   B. Russell Horton (via e-service)
     Taline Manassian
     George, Brothers, Kincaid & Horton, L.L.P.
     114 West 7th Street, Suite 1100
     Austin, Texas 78701